UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:26-MJ-00154-01** |
| **VERSUS** | **MAGISTRATE JUDGE LEBLANC** |
| **CRISTOBAL ESCOBAR (01)** | |

### MINUTES OF COURT:
**Preliminary Hearing\Detention Hearing**

| | | | |
|---|---|---|---|
| Date: | June 26,2026 | Presiding: | Magistrate Judge Thomas P. Leblanc |
| Court Opened: | 10:50 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 2:30 PM | Court Reporter: | LCR |
| Statistical Time: | 3:40 | Courtroom: | Courtroom 3 |
| | | Probation Officer: | Christopher Charles |

### APPEARANCES

| | | |
|---|---|---|
| Craig R Bordelon (AUSA) | For | United States of America |
| Andres Gomez (AFPD) | For | Cristobal Escobar (01) Defendant |
| Cristobal Escobar (01) Defendant | | (In Custody) |

### PROCEEDINGS

Counsel met in chambers prior to court.
Case called for Preliminary and Detention Hearings.

**PRELIMINARY HEARING:**
After considering testimony, oral argument and the applicable law, the Court finds there is probable cause to support the charges contained in the criminal Complaint, and therefore defendant can be held over for further proceedings.

**DETENTION HEARING:**
After considering testimony, oral argument, the applicable law and for the reasons stated on the record, the Court **GRANTED** the Government's motion for detention. Defendant remanded to the custody of the U S Marshal pending trial.

**FILINGS:**
Witness List

**COMMENTS:**
The Government proffered the contents of the Pre-trial Services Report.
The parties stipulated that Donald J. Trump was President of the United States on June 12, 2026.