RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUL 15 2026
DANIEL J. McCOY, CLERK
BY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | 18 U.S.C. § 871(a) |
| v. | |
| CRISTOBAL ESCOBAR, | 2:26-CR-00272-01<br>Judge Cain<br>Magistrate Judge LeBlanc |
| Defendant | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**Threats against President and Successors to the Presidency**
[18 U.S.C. § 871(a)]

On or about June 12, 2026, in the Western District of Louisiana, the defendant,

### CRISTOBAL ESCOBAR,

did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, that is, President Donald J. Trump, in that the defendant posted online a publicly accessible video containing a threat that stated, in part, "@President Donald J Trump let's make America great again let's start a new trend let me give you a haircut Donald with a sniper rifle a thousand yards," in violation of Title 18, United States Code, Section 871(a).

A TRUE BILL ▮▮▮

_____
FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

_____
CRAIG R. BORDELON, II
ASSISTANT UNITED STATES ATTORNEY